*Joseph B. & Bryan Cumming*, for defendant..

---

## HEATON *v.* HEATON.

ATKINSON, J.  Upon an application for temporary alimony pending a libel for divorce, where the evidence is conflicting both as to the merits of the grounds upon which the plaintiff seeks a divorce, and upon the financial status of the defendant, the discretion of the trial judge in granting such an allowance as seems reasonable and appropriate to the condition of the respective parties will not be disturbed.

*Judgment affirmed.  All the Justices concurring.*

Submitted June 22, — Decided July 10, 1897.

Application for alimony.  Before Judge Reese.  Hart county.  April 16, 1897.

*A. G. McCurry* and *J. H. Skelton*, for plaintiff in error.

*O. C. Brown* and *J. P. Roberts*, contra.

---

## SOUTHERN RAILWAY COMPANY *v.* BRANNON.

SIMMONS, C. J.  There is no provision of law authorizing the service of a bill of exceptions before it is certified by the trial judge; and therefore it has been held that an acknowledgment of due and legal service of a paper purporting to be a bill of exceptions, followed by a waiver of all other and further service thereof, entered thereon before the same is certified by the trial judge, does not amount to a service of the same paper after it has been so certified.  *Tison* v. *Forrester*, 50 *Ga.* 87; *Shealy* v. *McClung & Dykes*, Ibid. 485; *Bush* v. *Keaton*, 65 *Ga.* 296. ·

*Writ of error dismissed.  All the Justices concurring.*

Argued June 23, — Decided July 10, 1897.

Practice in Supreme Court.

*Dorsey, Brewster & Howell, J. B. Estes* and *Sanders McDaniel*, for plaintiff in error.  *R. W. Peeples*, contra.